IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY,<br><br>    Plaintiff,<br><br>  v.<br><br>ROSS J. MILLER, et al.,<br><br>    Defendants | No. C 05-3418 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR SHORTENED TIME TO COMMENCE DISCOVERY AND FOR DISCOVERY RESPONSES ON SHORTENED TIME** |

   Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion for Shortened Time to Commence Discovery and for Discovery Responses on Shortened Time, filed September 12, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

   Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

   **IT IS SO ORDERED**.

Dated: September 13, 2005

MAXINE M. CHESNEY
United States District Judge