IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>ROSS J. MILLER, et al.,<br><br>　　　　Defendants | No. C-05-3418 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On October 3, 2005, plaintiff electronically filed its Notice of Motion and Motion for a More Definite Statement and to Dismiss Counterclaims. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

　　　　Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

---

[1] Plaintiff did timely provide a chambers copy of its proposed order granting the above-referenced motion, but did not provide a chambers copy of the motion itself.

document. Plaintiff is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 14, 2005

MAXINE M. CHESNEY
United States District Judge