IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C 05-3418 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR A MORE DEFINITE STATEMENT AND TO DISMISS COUNTERCLAIMS; VACATING HEARING** |
| v. | |
| ROSS J. MILLER, et al., | |
| Defendants | |

    Before the Court is plaintiff's motion for a more definite statement, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, or, in the alternative, to dismiss defendants' counterclaims, pursuant to Rule 12(b)(6). On October 28, 2005, before plaintiff filed a responsive pleading to the original Counterclaim, defendants filed an Amended Counterclaim.

    A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

//

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).

Accordingly, the Court hereby DENIES as moot plaintiff's motion for a more definite statement, or, in the alternative, to dismiss, and VACATES the hearing scheduled for November 18, 2005.

**IT IS SO ORDERED.**

Dated: November 2, 2005

MAXINE M. CHESNEY
United States District Judge