1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   James M. Smith (State Bar # 136246)
2  jmsmith@ssd.com
   Jose Luis Martin (State Bar # 203709)
3  jlmartin@ssd.com
   Barry D. Brown (State Bar # 233544)
4  bbrown@ssd.com
   600 Hansen Way
5  Palo Alto, CA 94304-1043
   Telephone:   +1.650.856.6500
6  Facsimile:   +1.650.843.8777

7  Attorneys for Defendants and Counterclaimants
   Ross J. Miller and Ross J. Miller DDS
8

9
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 Mark E. McKeen (State Bar # 130950)
   Richard E. Elder, Esq. (State Bar # 205389)
11 55 Second Street, Twenty-Fourth Floor
   San Francisco, CA 94105-3441
12 Telephone:   +1.415.956.7032
   Facsimile:   +1.415.856.7100
13
   Attorney for Plaintiff and Counterclaim Defendant
14 Align Technology, Inc.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18
   ALIGN TECHNOLOGY, INC.,                    Case No. C 05-3418 MMC (JL)
19
                 Plaintiff and Counterclaim   STIPULATION AND [PROPOSED]
20             Defendant,                     ORDER TO DISMISS WITH
                                              PREJUDICE THE FOURTH AND FIFTH
21     vs.                                    CAUSES OF ACTION FROM THE
                                              SECOND AMENDED COUNTERCLAIM
22 ROSS J. MILLER, an individual, and ROSS
   J. MILLER DDS, A PROFESSIONAL
23 DENTAL CORPORATION, a corporation,

24             Defendants and
               Counterclaimants.              Judge: The Hon. Maxine M. Chesney
25
                                              Action Filed: August 23, 2005
26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE CERTAIN CLAIMS
FROM THE SECOND AMENDED COUNTERCLAIM
Case No. C 05-3418 MMC (JL)

Plaintiffs and Counterclaim Defendant Align Technology, Inc. ("Plaintiffs") and Defendants and Counterclaimants Ross J. Miller and Ross J. Miller DDS, A Professional Dental Corporation (collectively, "Defendants"), by and through the undersigned counsel, hereby stipulate as follows:

1. Ross J. Miller DDS's Fourth Cause of Action for Intentional Interference With Contract asserted in Defendants' Second Amended Counterclaim filed on December 30, 2005 is hereby dismissed from the above-captioned matter with prejudice; and

2. Ross J. Miller DDS's Fifth Cause of Action for Interference With Prospective Economic Advantage asserted in Defendants' Second Amended Counterclaim filed on December 30, 2005 is hereby dismissed from the above-captioned matter with prejudice.

**IT IS SO STIPULATED**

Dated: March 14, 2006

Squire, Sanders & Dempsey L.L.P.

By: _____
Jose Luis Martin

Attorneys for Defendants and Counterclaimants Ross J. Miller and Ross J. Miller DDS, A Professional Dental Corporation.

Dated: March __, 2006

Paul, Hastings, Janofsky & Walker L.L.P.

By: _____
Richard Elder

Attorneys for Plaintiffs and Counterclaim Defendant Align Technology, Inc.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

PALOALTO/95306.1

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE CERTAIN CLAIMS FROM THE SECOND AMENDED COUNTERCLAIM
Case No. C 05-3418 MMC (JL)

1

1   Plaintiffs and Counterclaim Defendant Align Technology, Inc. ("Plaintiffs") and
2   Defendants and Counterclaimants Ross J. Miller and Ross J. Miller DDS, A Professional Dental
3   Corporation (collectively, "Defendants"), by and through the undersigned counsel, hereby
4   stipulate as follows:

5    1. Ross J. Miller DDS's Fourth Cause of Action for Intentional Interference With
6   Contract asserted in Defendants' Second Amended Counterclaim filed on December 30, 2005 is
7   hereby dismissed from the above-captioned matter with prejudice; and

8    2. Ross J. Miller DDS's Fifth Cause of Action for Interference With Prospective
9   Economic Advantage asserted in Defendants' Second Amended Counterclaim filed on December
10  30, 2005 is hereby dismissed from the above-captioned matter with prejudice.

**IT IS SO STIPULATED**

Dated: March 14, 2006    Squire, Sanders & Dempsey L.L.P.

By: ____/s/____
Jose Luis Martin

Attorneys for Defendants and Counterclaimants
Ross J. Miller and Ross J. Miller DDS, A
Professional Dental Corporation.

Dated: March 15, 2006    Paul, Hastings, Janofsky & Walker L.L.P.

By: _____
Richard Elder

Attorneys for Plaintiffs and Counterclaim
Defendant Align Technology, Inc.

**IT IS SO ORDERED.**

Dated: March 16, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

PALOALTO/95306.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 Hamilton Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE CERTAIN CLAIMS
FROM THE SECOND AMENDED COUNTERCLAIM

Case No. C 05-3418 MMC (JL)

1