RECEIVED
MAY 26 PM 3:58

GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants
Ross J. Miller and Ross J. Miller DDS

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | Case No. CV 05-3418 MMC (JL) |
| Plaintiff and Counterclaim Defendant, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| ROSS J. MILLER, and individual, and ROSS J. MILLER, DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation, | |
| Defendants and Counterclaimants. | |

Case No. CV 05-3418 MMC (JL)                                   NOTICE OF SUBSTITUTION OF COUNSEL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendants Ross J. Miller and Ross J. Miller DDS hereby substitutes George A.
3  Riley and Darin Snyder, of the law firm of O'Melveny & Myers LLP, Embarcadero
4  Center West, 275 Battery Street, San Francisco, California, 94111, telephone (415) 984-
5  8700, and Michelle Davidson, also of the law firm of O'Melveny & Myers LLP, 400
6  South Hope Street, Los Angeles, California, 90071, telephone (213) 430-6000, as
7  attorneys of record in the above-captioned action in place of prior counsel of record,
8  James M. Smith, Jose Luis Martin, and Barry D. Brown, of the law firm Squire, Sanders
9  & Dempsey L.L.P., 600 Hansen Way, Palo Alto, California, telephone (650) 856-6500.

11  Dated: May 26, 2006

            Ross J. Miller

13  Dated: May 26, 2006

            Ross J. Miller DDS

16      The above Substitution is hereby accepted:

17  Dated: May 25, 2006           GEORGE A. RILEY
                                  DARIN W. SNYDER
18                                MICHELLE L. DAVIDSON
                                  O'MELVENY & MYERS LLP

20                                Darin W. Snyder

22      The above Substitution is hereby consented to:

23  Dated: May 26, 2006           JAMES M. SMITH
                                  JOSE LUIS MARTIN
24                                BARRY BROWN
                                  SQUIRE, SANDERS & DEMPSEY L.L.P.

26                                By: Jose Luis Martin

Case No. CV 05-3418 MMC (JL)         - 2 -        NOTICE OF SUBSTITUTION OF COUNSEL

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The above Substitution is hereby approved. |
| 3 | MAY 3 0 2006 |
| 4 | Dated: _____, 2006 |
| 5 | Hon. Maxine M. Chesney<br>United States District Judge |

SF1:630069.3

Case No. CV 05-3418 MMC (JL)     - 3 -     NOTICE OF SUBSTITUTION OF COUNSEL