IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-3418 MMC |
|     Plaintiff and Counterclaim Defendant, | **ORDER TO SHOW CAUSE WHY ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE SHOULD NOT BE VACATED** |
|   v. | |
| ROSS J. MILLER, an individual, and ROSS J. MILLER, DDS, A PROFESSIONAL CORPORATION, | |
|     Defendants and Counterclaimants / | |

By order filed June 7, 2006, the Court granted applicant Heather Eve Abelson's ("Abelson") application to appear pro hac vice on behalf of the above-named defendants.

Upon further review of the application, the Court notes that Abelson has listed her business address as 275 Battery Street, San Francisco. The Civil Local Rules of this district provide that an applicant who resides in California is ineligible to practice pro hac vice, unless she has resided in California for less than one year, has completed all required applications for admission to the State Bar of California, and has officially registered to take or is awaiting the results of the California State Bar examination. See Civil L.R. 7-11(b). In her application, Abelson does not indicate she falls within said exception.

Accordingly, Abelson shall show cause, no later than June 30, 2006, why the Court's order granting Abelson's application should not be vacated.

**IT IS SO ORDERED.**

Dated: June 20, 2006

                                                MAXINE M. CHESNEY
                                                United States District Judge