IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-3418 MMC |
|     Plaintiff and Counterclaim Defendant, | **ORDER ALLOWING APPLICANT FOR ADMISSION PRO HAC VICE TO SUPPLEMENT APPLICATION** |
|   v. | |
| ROSS J. MILLER, an individual, and ROSS J. MILLER, DDS, A PROFESSIONAL CORPORATION, | |
|     Defendants and Counterclaimants / | |

    Before the Court is applicant Sandeep N. Solanki's ("Solanki") application to appear pro hac vice on behalf of the above-named defendants.

    In his application, Solanki lists his business address as 275 Battery Street, San Francisco. The Civil Local Rules of this district provide that an applicant who resides in California is ineligible to practice pro hac vice, unless he has resided in California for less than one year, has completed all required applications for admission to the State Bar of California, and has officially registered to take or is awaiting the results of the California State Bar examination. See Civil L.R. 7-11(b). In his application, Solanki does not indicate whether he falls within said exception.

//

Accordingly, Solanki will be afforded leave to file, no later than June 30, 2006, a supplement to his application, to indicate whether he qualifies for the exception set forth above. If Solanki fails to demonstrate he so qualifies, the application will be denied.

**IT IS SO ORDERED.**

Dated: June 20, 2006

MAXINE M. CHESNEY
United States District Judge