IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. C-05-3418 MMC |
|     Plaintiff and Counterclaim Defendant, | **ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE SHOULD NOT BE VACATED** |
|   v. | |
| ROSS J. MILLER, an individual, and ROSS J. MILLER, DDS, A PROFESSIONAL CORPORATION, | |
|     Defendants and Counterclaimants / | |

    Before the Court is Heather Eve Abelson's ("Abelson") response to the Court's order, filed June 20, 2006, directing Abelson to show cause why the Court's June 7, 2006 order granting her application to appear pro hac vice on behalf of the above-named defendants should not be vacated.

    Having reviewed Abelson's response, and good cause appearing therefrom,[1] the order to show cause is hereby DISCHARGED.

    **IT IS SO ORDERED.**

Dated: June 22, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The Court understands Abelson's reference to "October 2006" in ¶ 3 of her declaration to be a typographical error, and that the declarant intended to state "October 2005."