MARK E. McKEEN (S.B. #130950)
PETER C. MEIER (S.B. #179019)
RICHARD E. ELDER (S.B. #205389)
ILSE C. SCOTT (S.B. #233433)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  415) 856-7100

Attorneys for Plaintiff, Counterclaim Defendant
And Counterclaimant
ALIGN TECHNOLOGY, INC.


GEORGE A. RILEY (S.B. #118304)
DARIN W. SNYDER (S.B. #136003)
MICHELLE L. DAVIDSON (S.B. #218559)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendants and Counterclaimants
ROSS J. MILLER, an individual, and ROSS J. MILLER
DDS, A Professional Dental Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ORTHOCLEAR, INC. and ORTHOCLEAR HOLDINGS, INC., <br><br> Defendants. | CASE NO. CV-05-3418 MMC (JL) <br><br> **STIPULATION AND ORDER REGARDING PRE-TRIAL DATES AND DISCOVERY ISSUES** |

Whereas, on June 21, 2006, Defendants and Counterclaimants Ross J. Miller and Ross J. Miller DDS ("Miller") filed a Statement of Non-Opposition To Plaintiff Align Technology, Inc.'s ("Align") Administrative Motion to Extend the Discovery Cutoff;

Whereas, on June 21, 2006, the parties also met and conferred regarding certain discovery issues and other pre-trial dates in this litigation;

Therefore, it is hereby ordered that the Amended Pretrial Preparation Order shall be modified as follows:

1. Non-expert discovery cutoff: September 8, 2006.

2. Designation of experts by Plaintiff/Defendant:  No later than September 15, 2006.  Serve reports by September 15, 2006.

3. Designation of rebuttal experts by Plaintiff/Defendant:  No later than September 25, 2006.  Serve reports by September 25, 2006.

4. Expert discovery cutoff:  October 13, 2006.

5. Dispositive motions shall be filed no later than November 13, 2006.

6. Depositions of the following individuals will not take place until on or after July 17, 2006: all Align and OrthoClear, Inc.'s employees, Bao Tran, and Kathy Stecco.

7. Defendants need not respond to more than 25 of the interrogatories propounded by Align until there is an Order from the Court allowing additional interrogatories.

8. The hearing on discovery disputes, currently set for August 9, 2006 pursuant to Judge James Larson's June 8, 2006 Order, will be moved to August 16, 2006.  The briefing dates for these discovery disputes, therefore, will be modified accordingly.

CASE NO. CV-05-3418 MMC (JL)                                   STIPULATION AND ORDER REGARDING PRE-TRIAL DATES

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| DATED: June 22, 2006 | /s/ Richard Elder |
|---|---|
| | Attorneys for Plaintiff |
| DATED: June 22, 2006 | /s/ Michelle Davidson |
| | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the proviso that any dispositive motion filed on November 13, 2006 shall be noticed for hearing on December 15, 2006.

| DATED: June 23, 2006 | _____ |
|---|---|
| | Hon. Maxine Chesney |
| | United States District Judge |

CASE NO. CV-05-3418 MMC (JL)         STIPULATION AND ORDER REGARDING PRE-TRIAL DATES