United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | No. 05-3418 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL; DIRECTIONS TO CLERK** |
| v. | |
| ROSS J. MILLER, et al., | |
| Defendants / | |

Before the Court is plaintiff's administrative motion, filed June 16, 2006, to file under seal portions of Exhibit F to the Declaration of Ilse Scott in Support of Plaintiff Align Technology, Inc.'s Administrative Motion to Extend Discovery Cutoff. Plaintiff represents that the portions of the above-referenced exhibit plaintiff seeks to file under seal contain information designated by defendants as confidential.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party does not file its responsive declaration as required by this subsection, the document or

proposed filing will be made part of the public record." Id.

Here, the designating parties, defendants, have not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d).

Accordingly, plaintiff's administrative motion is hereby DENIED, and the Clerk of the Court is hereby DIRECTED to file in the public record the document titled Confidential Portion of Exhibit F to the Declaration of Ilse Scott in Support of Plaintiff Align Technology, Inc.'s Administrative Motion to Extend Discovery Cutoff. See Civil L.R. 79-5(d).

**IT IS SO ORDERED.**

Dated:  June 29, 2006

MAXINE M. CHESNEY
United States District Judge