GEORGE A. RILEY (S.B. #118304) (griley@omm.com)
DARIN W. SNYDER (S.B. #136003) (dsnyder@omm.com)
MICHELLE L. DAVIDSON (S.B. #218559) (mdavidson@omm.com)
HEATHER E. ABELSON (Admitted *Pro Hac Vice*) (habelson@omm.com)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendants, Counterclaimants, and Counterclaim Defendants Ross J. Miller and Ross J. Miller DDS, a Professional Dental Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>　　　　　　Plaintiff,<br>　　　　　　Counterclaim Defendant, and<br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation,<br><br>　　　　　　Defendants, Counterclaimants, and Counterclaim Defendants. | Case No.  C 05-3418 MMC (JL)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Hearing Date:  N/A<br>Time:  N/A |

CASE NO. CV 05-3418 MMC (JL)　　　　　　　　　　　　　　　　　　　　　　　　　[PROP.] SEALING ORDER

1    Pursuant to Civil Local Rule 79-5 and the Stipulated Protective Order previously entered
2    in this action, it is HEREBY ORDERED that Defendants' Administrative Motion to Seal
3    Confidential Documents Pursuant to Civil Local Rule 79-5, filed on July 5, 2006, is GRANTED.
4    As specified in Defendants' motion, the following documents are to be SEALED because
5    they contain confidential information regarding certain of Defendants' patients:
6    1.    Defendant and Counterclaimant Ross J. Miller's Supplemental Response to
7    Align Technology, Inc.'s First Set of Special Interrogatories, dated March 10, 2006, contained in
8    Exhibit F to the Declaration of Ilse Scott in Support of Plaintiff Align Technology, Inc.'s
9    Administrative Motion to Extend Discovery Cutoff, dated June 16, 2006 (the "Scott Decl.");
10   2.    Defendant and Counterclaimant Ross J. Miller DDS, a Professional Dental
11   Corporation's Supplemental Response to Align Technology, Inc.'s First Set of Special
12   Interrogatories, dated March 10, 2006, contained in Exhibit F to the Scott Decl.;
13   3.    Defendant and Counterclaimant Ross J. Miller's Supplemental Response to
14   Align Technology, Inc.'s First Set of Requests for Admissions, dated March 10, 2006, contained
15   in Exhibit F to the Scott Decl.; and
16   4.    Defendant and Counterclaimant Ross J. Miller DDS, a Professional Dental
17   Corporation's Supplemental Response to Align Technology, Inc.'s First Set of Requests for
18   Admissions, dated March 10, 2006, contained in Exhibit F to the Scott Decl.
19   Accordingly, the Clerk of the Court is directed to file under seal the Confidential Portion of
20   Exhibit F to the Declaration of Ilse Scott in Support of Plaintiff Align Technology, Inc.'s
21   Administrative Motion to Extend Discovery Cutoff.
22   **IT IS SO ORDERED.**
23   DATED: July 7, 2006

By: _____
Maxine M. Chesney
United States District Judge

CASE NO. CV 05-3418 MMC (JL)           1           [PROP.] SEALING ORDER