1  MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
2  RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
   ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Plaintiff, Counterclaim Defendant
7  and Counterclaimant
   ALIGN TECHNOLOGY, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ALIGN TECHNOLOGY, INC.,            | CASE NO. C 05-3418 MMC (JL)
14 |         Plaintiff, Counterclaim    | [PROPOSED] ORDER GRANTING
   |         Defendant and              | PLAINTIFF ALIGN TECHNOLOGY,
15 |         Counterclaimant,           | INC.'S ADMINISTRATIVE MOTION TO
   |                                    | FILE CONFIDENTIAL EXHIBITS UNDER
16 |    vs.                             | SEAL
17 | ROSS J. MILLER, an individual, and | Hearing Date: N/A
   | ROSS J. MILLER DDS, A              | Time:         N/A
18 | PROFESSIONAL DENTAL                | Courtroom:    F
   | CORPORATION, a corporation,        | Judge:        Hon. James L. Larson
19 |
   |         Defendants,
20 |         Counterclaimants and
   |         Counterclaim Defendants.
21

22

23

24

25

26

27

28

CASE NO. C05-3418 MMC                         [PROPOSED] ORDER GRANTING ALIGN'S
                                              ADMIN. MOTION TO FILE UNDER SEAL

1 | Plaintiff Align Technology, Inc.'s Motion, pursuant to Local Rules 7-11 and 79-5, To File
2 | Confidential Exhibits Under Seal is hereby GRANTED for good cause shown.
3 | The following portions of Exhibit F to the Declaration of Ilse Scott in Support of
4 | Administrative Motion Seeking Modification of Pre-Trial Scheduling Order to Permit Additional
5 | Depositions and Interrogatories are to be filed under seal:
6 |     1.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
7 | Miller's Supplemental Response to Align Technology, Inc.'s First Set of Special
8 | Interrogatories;
9 |     2.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
10 | Miller DDS, a Professional Corporation's Supplemental Response to Align Technology,
11 | Inc.'s First Set of Special Interrogatories;
12 |     3.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
13 | Miller's Supplemental Response to Plaintiff Align Technology, Inc.'s First Set of
14 | Requests for Admissions;
15 |     4.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
16 | Miller DDS, a Professional Corporation's Supplemental Response to Plaintiff Align
17 | Technology, Inc.'s First Set of Requests for Admissions
18 | IT IS SO ORDERED.
19 |
20 | DATED: __July 7__, 2006
21 |
22 | By: _____
23 | The Honorable James Larson
Chief Magistrate Judge of the District Court

[Stamp: IT IS SO ORDERED / Judge James Larson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

LEGAL_US_W # 53768907.1

CASE NO. C05-3418 MMC

-1-

[PROPOSED] ORDER GRANTING ALIGN'S
ADMIN. MOTION TO FILED UNDER SEAL