GEORGE A. RILEY (S.B. #118304) griley@omm.com
DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) mdavidson@omm.com
HEATHER E. ABELSON (Admitted *Pro Hac Vice*) habelson@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants and Counterclaimants
Ross J. Miller, an individual, and Ross J. Miller DDS, A Professional Dental Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>    Plaintiff, Counterclaim Defendant and Counterclaimant<br><br>v.<br><br>ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation,<br><br>    Defendants, Counterclaimants, and Counterclaim Defendants. | Case No. CV 05-3418 MMC (JL)<br><br>[PROPOSED] SEALING ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Hearing Date:   N/A<br>Time:           N/A<br>Courtroom:      F<br>Judge:          Hon. James Larson |

1  Pursuant to Civil Local Rule 79-5 and the Protective Order previously entered in this
2  action, it is HEREBY ORDERED that Defendants' Administrative Motion for Leave to File
3  Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5, dated June 30, 2006, is
4  GRANTED.
5      As specified in Defendants' motion, the following documents are to be SEALED:
6      1. Exhibit 1 to the Declaration Heather E. Abelson in Support of Defendants'
7  Opposition to Align Technology, Inc.'s Administrative Motion Seeking Modification of the Pre-
8  trial Scheduling Order to Permit Additional Depositions and Interrogatories, dated June 30, 2006
9  ("Abelson Decl.") (document entitled "About our Staff" produced at the deposition of
10 Defendants' patient on June 7, 2006).
11     2. Exhibit 2 to the Abelson Decl. (document entitled "A bit of information about your
12 first appointment" produced at the deposition of Defendants' patient on June 7, 2006).
13     3. Exhibit 3 to the Abelson Decl. (excerpts of the transcript of the June 7, 2006
14 deposition of Defendants' patient).
15     4. Exhibit 4 to the Abelson Decl. (excerpts of the transcript of the June 17, 2006
16 deposition of Defendants' patient).
17     5. Exhibit 5 to the Abelson Decl. (September 7, 2005 OrthoClear treatment consent
18 form signed by Defendants' patient, and produced by Defendants in this matter as RJM0172).
19     6. Exhibit 6 to the Abelson Decl. (September 21, 2005 OrthoClear treatment consent
20 form signed by Defendants' patient, and produced by Defendants in this matter as RJM0196).
21     7. Exhibit 7 to the Abelson Decl. (September 14, 2005 OrthoClear treatment consent
22 form signed by Defendants' patient, and produced by Defendants in this matter as RJM0516).
23
24
25
26
27
28

CASE NO. CV 05-3418 MMC (JL)    1    [PROP.] SEALING ORDER

8. Exhibit 8 to the Abelson Decl. (October 13, 2005 OrthoClear treatment consent form signed by Defendants' patient, and produced by Defendants in this matter as RJM0489).

**IT IS SO ORDERED.**

DATED: ___July 7___, 2006

By:_____
The Honorable
Chief Magistrate

*IT IS SO ORDERED*
*Judge James Larson*

SF1:634276.1