GEORGE A. RILEY (S.B. #118304) (griley@omm.com)
DARIN W. SNYDER (S.B. #136003) (dsnyder@omm.com)
MICHELLE L. DAVIDSON (S.B. #218559) (mdavidson@omm.com)
HEATHER E. ABELSON (S.B. #243691) (habelson@omm.com)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants, Counterclaimants, and Counterclaim
Defendants Ross J. Miller and Ross J. Miller DDS, a
Professional Dental Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>           Plaintiff,<br>           Counterclaim<br>           Defendant, and<br>           Counterclaimant,<br><br>v.<br><br>ROSS J. MILLER, an individual, and<br>ROSS J. MILLER DDS, A<br>PROFESSIONAL DENTAL<br>CORPORATION, a corporation,<br><br>           Defendants,<br>           Counterclaimants,<br>           and Counterclaim<br>           Defendants. | Case No. C 05-3418 MMC (JL)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Hearing Date: August 16, 2006<br>Time: 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Hon. James Larson |

Pursuant to Civil Local Rule 79-5 and the Stipulated Protective Order previously entered in this action, it is HEREBY ORDERED that Plaintiff Align Technology Inc.'s ("Align") Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Align's motion, the following documents are to be SEALED because they contain private, confidential information regarding certain of Defendants' patients:

1. Plaintiff's Compilation of Discovery Requests and Responses, dated July 12, 2006, contained in Exhibit A to the Declaration of Peter C. Meier in Support of Plaintiff Align Technology, Inc.'s Motion to Compel Further Responses to Requests for Production, Requests for Admission and Interrogatories (the "Meier Decl.");

2. Portions of Kathy Stecco's patient file, bates stamped RJM0462, RJM0465, RJM0471-473, RJM0475-476, contained in Exhibit C to the Meier Decl.;

3. Patient Kathy Stecco's Contract for Services, dated May 19, 2005, contained in Exhibit D to the Meier Decl.;

4. Defendant and Counterclaimant Ross J. Miller's Supplemental Response to Align Technology, Inc.'s First Set of Special Interrogatories, dated March 10, 2006, contained in Exhibit I to the Meier Decl.;

5. Defendant and Counterclaimant Ross J. Miller DDS, a Professional Corporation's Supplemental Response to Align Technology, Inc.'s First Set of Special Interrogatories, dated March 10, 2006, contained in Exhibit I to the Meier Decl.;

6. Defendant and Counterclaimant Ross J. Miller's Supplemental Response to Plaintiff Align Technology, Inc.'s First Set of Requests for Admissions, dated March 10, 2006, contained in Exhibit I to the Meier Decl.;

7. Defendant and Counterclaimant Ross J. Miller DDS, a Professional Corporation's Supplemental Response to Align Technology, Inc.'s First Set of Requests for Admissions, dated March 10, 2006, contained in Exhibit I to the Meier Decl.; and

8. Letter from Dr. Ross J. Miller to patient Leslie Blum, dated January 30, 2006, produced at the June 17, 2006 deposition of Leslie Blum, contained in Exhibit N to the Meier Decl.

**IT IS SO ORDERED.**

DATED: 7/19_____, 2006

By:_____
James L.
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*

SF1:635636.1