1  MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
2  RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
   ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Plaintiff, Counterclaim Defendant
7  and Counterclaimant
   ALIGN TECHNOLOGY, INC.
8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13 | ALIGN TECHNOLOGY, INC., | CASE NO. C 05-3418 MMC (JL) |
|---|---|
14 | Plaintiff, Counterclaim Defendant and Counterclaimant, | [XXXXXXXX] [PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL |
16 | vs. | |
17 | ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation, | Hearing Date:  August 23, 2006<br>Time:          9:30 a.m.<br>Courtroom:     F, 15th Floor<br>Judge:         Hon. James Larson |
19 | Defendants, Counterclaimants and Counterclaim Defendants. | |

CASE NO. C05-3418 MMC                                    [PROPOSED] ORDER GRANTING ALIGN'S
                                                         ADMIN. MOTION TO FILE UNDER SEAL

1    Plaintiff Align Technology, Inc.'s Motion, pursuant to Local Rules 7-11 and 79-5, To File
2    Confidential Exhibits Under Seal is hereby GRANTED for good cause shown.
3    The following portions of the Declaration of Ilse Scott in Support of Align Technology,
4    Inc.'s Motion for Sanctions Relating To Motion To Compel Further Discovery Responses are to
5    be filed under seal:
6        1.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
7    Miller's Supplemental Response to Align Technology, Inc.'s First Set of Special
8    Interrogatories;
9        2.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
10   Miller DDS, a Professional Corporation's Supplemental Response to Align Technology,
11   Inc.'s First Set of Special Interrogatories;
12       3.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
13   Miller's Supplemental Response to Plaintiff Align Technology, Inc.'s First Set of
14   Requests for Admissions; and
15       4.    The portion of Exhibit F being Defendant and Counterclaimant Ross J.
16   Miller DDS, a Professional Corporation's Supplemental Response to Plaintiff Align
17   Technology, Inc.'s First Set of Requests for Admissions.

19   IT IS SO ORDERED.

22   DATED: _Aug 1_, 2006    By: _____
23   The Chief Magistrate Judge James Larson of the Court



LEGAL_US_W # 54063562.1

CASE NO. C05-3418 MMC      -1-      [PROPOSED] ORDER GRANTING ALIGN'S ADMIN. MOTION TO FILED UNDER SEAL