MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Plaintiff, Counterclaim Defendant
and Counterclaimant
ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>Plaintiff, Counterclaim Defendant and Counterclaimant,<br><br>vs.<br><br>ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation,<br><br>Defendants, Counterclaimants and Counterclaim Defendants. | CASE NO. C 05-3418 MMC (JL)<br><br>X̶X̶X̶X̶X̶X̶X̶X̶X̶ [PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL EXHIBIT UNDER SEAL<br><br>Hearing Date:  August 23, 2006<br>Time:          9:30 a.m.<br>Courtroom:     F, 15th Floor<br>Judge:         Hon. James Larson |

CASE NO. C05-3418 MMC

[PROPOSED] ORDER GRANTING ALIGN'S
ADMIN. MOTION TO FILE UNDER SEAL

1    Plaintiff Align Technology, Inc.'s Motion, pursuant to Local Rules 7-11 and 79-5, To File
2  Confidential Exhibits Under Seal is hereby GRANTED for good cause shown.
3    Exhibit H to the Declaration of Richard E. Elder in Support of Align Technology, Inc.'s
4  Motion for Contempt Sanctions Against TRG Holdings is to be filed under seal.

6    IT IS SO ORDERED.

9  DATED: ____August 2____, 2006        By: _____
10                                            Chief Magistrate Judge James Larson
                                              United States District Court

11 LEGAL_US_W # 54071475.1

*IT IS SO ORDERED*
*Judge James Larson*