UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC, et al., | No. C 05-3418 MMC (JL) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| ROSS J. MILLER, ET AL., | **Re subpoena to Kent Verdis (Docket # 110, 168)** |
| Defendants. | |

**Introduction**

The Court heard oral argument in motions to quash supoenas for emails in the accounts of Peter Riepenhausen and Frank Liu. Counsel were able to resolve this dispute, but were not able to resolve a dispute regarding emails in the account of former Orthoclear and current Align employee Kent Verdis.

**Order**

The Court hereby orders that the parties adopt the same procedure which they stipulated for the emails responsive to subpoenas to Peter Riepenhausen and Frank Liu, with one exception: emails responsive to the Verdis subpoena shall be submitted to counsel for Align for review and redaction. Any emails subject to the attorney-client privilege shall be returned to counsel for Orthoclear. All emails shall be subject to the protective order in this case.

1     IT IS SO ORDERED.
2 DATED: August 30, 2006

_____
JAMES LARSON
Chief Magistrate Judge