UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC, et al., | No. C 05-3418 MMC  (JL) |
| Plaintiffs, | |
| v. | **FURTHER ORDER AFTER HEARING**<br>**(Docket #s 57, 90, 115, 110, 116)** |
| ROSS J. MILLER, ET AL., | |
| Defendants. | |

## Introduction

All discovery in this case has been referred by the district court (Hon. Maxine M. Chesney) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72.

## Discovery Order

The Court heard oral argument August 16, 2006 on a number of discovery disputes and resolved some of them at the hearing. The Court has since heard oral argument on a number of additional disputes and been advised by the parties that they have resolved others. However, some of the disputes discussed at the August 16 hearing remain to be resolved. Accordingly, it is hereby ordered:

With respect to Align's Requests For Production of Documents Numbered 5-11 (Align's motion to compel at Docket Number 57), Defendants shall provide all responsive

1 documents including those generated after July 2005. Defendants fail to justify restricting
2 documents to those generated after Dr. Miller signed a consulting contract with Orthoclear.

3       With respect to Align's administrative motion seeking modification of the Pre-Trial
4 Order to Permit Additional Depositions and Interrogatories (Docket Number 90), this motion
5 is denied without prejudice, subject to renewal following the deposition of Dr. Miller.

6       With respect to Align's Motion to Compel Miller, Liu, Chisti and Wen to consent to
7 production of emails from a Microsoft email account (Docket Number 115), the individuals
8 whose emails are sought shall produce them as stipulated by the parties for the Yahoo!
9 accounts of Peter Riepenhausen and Frank Liu.

10       With respect to Align's Motion to Compel Miller, Liu, Chisti and Wen to consent to
11 production of emails from two Yahoo! Email accounts, the Court assumes that this issue is
12 resolved as to Mr. Liu, as confirmed by the parties at the hearing on August 30, and hereby
13 orders that the email accounts of Chisti and Wen be subject to the same stipulation as the
14 account of Mr. Liu.

15       Compliance with the above shall be due forthwith but no later than five days from the
16 e-filing of this order.

17       IT IS SO ORDERED.

18 DATED: August 31, 2006

_____
JAMES LARSON
Chief Magistrate Judge

26 G:\JLALL\CHAMBERS\CASES\CIV-REF\05-3418\ord-further-57,90,115,110,116.wpd