1  MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
2  RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
   ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6
   Attorneys for Plaintiff, Counterclaim Defendant
7  and Counterclaimant
   ALIGN TECHNOLOGY, INC.
8

FILED

SEP 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12

13 | ALIGN TECHNOLOGY, INC.,                      | CASE NO. C 05-3418 MMC (JL)
14 |      Plaintiff, Counterclaim Defendant and   | [PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY,
15 |      Counterclaimant,                        | INC.'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS IN
16 |   vs.                                        | SUPPORT OF RENEWED ADMINISTRATIVE MOTION SEEKING
17 | ROSS J. MILLER, an individual, and           | MODIFICATION OF PRE-TRIAL
   | ROSS J. MILLER DDS, A                        | SCHEDULING ORDER TO PERMIT
18 | PROFESSIONAL DENTAL                          | ADDITIONAL DEPOSITIONS AND
   | CORPORATION, a corporation,                  | INTERROGATORIES
19 |
   |      Defendants,                             | Hearing Date:  N/A
20 |      Counterclaimants and                    | Time:          N/A
   |      Counterclaim Defendants.                | Courtroom:     F, 15th Floor
21 |                                              | Judge:         Hon. James Larson

CASE NO. C05-3418 MMC

PROPOSED ORDER GRANTING ALIGN'S
ADMINISTRATIVE MOTION TO FILE
CONFIDENTIAL DOCUMENTS

1  Plaintiff Align Technology, Inc.'s Motion, pursuant Civil Local Rules 79-5 and 7-
2  11 and the Stipulated Protective Order dated January 23, 2006, To File Confidential Exhibits
3  Under Seal is hereby GRANTED for good cause shown.
4  The following documents are to be filed under seal:
5  1. Exhibit E to the Declaration of Peter C. Meier in Support of Renewed
6  Administrative Motion Seeking Modification of Pre-Trial Scheduling Order To Permit Additional
7  Depositions and Interrogatories ("Meier Declaration");
8  2. Exhibit G to the Meier Declaration;
9  3. Exhibit H to the Meier Declaration;
10  4. Exhibit I to the Meier Declaration; and
11  5. Plaintiff Align Technology, Inc.'s Notice of Renewed Motion and
12  Administrative Motion Seeking Modification of Pre-Trial Scheduling Order To Permit Additional
13  Depositions and Interrogatories, filed in this action and dated September 19, 2006.

16  IT IS SO ORDERED.

18
19  DATED: 9-21, 2006          By: _____
20                                   The Honorable James L. Larson
                                     Chief Magistrate Judge of the District Court

LEGAL_US_W # 54439452.1

CASE NO. C05-3418 MMC        -1-        [PROPOSED] ORDER GRANTING ALIGN'S
                                        ADMINISTRATIVE MOTION TO FILE
                                        CONFIDENTIAL DOCUMENTS