1  MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
   PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
2  RICHARD E. ELDER (SB# 205389) richardelder@paulhastings.com
   ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6
   Attorneys for Plaintiff, Counterclaim Defendant
7  and Counterclaimant
   ALIGN TECHNOLOGY, INC.
8

FILED
SEP 21 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  ALIGN TECHNOLOGY, INC., | CASE NO. C 05-3418 MMC (JL) |
| 14       Plaintiff, Counterclaim Defendant and | [PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY, |
| 15       Counterclaimant, | INC.'S ADMINISTRATIVE MOTION TO FILE HIGHLY CONFIDENTIAL EXHIBIT |
| 16   vs. | UNDER SEAL |
| 17  ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A | Hearing Date: October 25, 2006<br>Time: 9:30 a.m. |
| 18  PROFESSIONAL DENTAL CORPORATION, a corporation, | Courtroom: F, 15th Floor<br>Judge: Hon. James Larson |
| 19 | |
| 20       Defendants, Counterclaimants and Counterclaim Defendants. | |

CASE NO. C05-3418 MMC (JL)

[PROPOSED] ORDER GRANTING ALIGN'S
ADMIN. MOTION TO FILE UNDER SEAL

1  Plaintiff Align Technology, Inc.'s Motion, pursuant to Local Rules 7-11 and 79-5, To File
2  Highly Confidential Exhibit Under Seal is hereby GRANTED for good cause shown.
3  Exhibit 13 to the Declaration of Peter C. Meier in Support of Plaintiff Align Technology,
4  Inc.'s Motion To Compel Production of Responsive Documents Withheld From Production on
5  Privilege Grounds is to be filed under seal.
6  IT IS SO ORDERED.

8  DATED: 9-21, 2006

10  By: _____
11  The Honorable James L. Larson
    Chief Magistrate Judge of the District Court

12  LEGAL_US_W # 54436673.1