GEORGE A. RILEY (S.B. #118304) (griley@omm.com)
DARIN W. SNYDER (S.B. #136003) (dsnyder@omm.com)
ROBERT D. TRONNES (S.B. #209835) rtronnes@omm.com
MICHELLE L. DAVIDSON (S.B. #218559) (mdavidson@omm.com)
HEATHER E. ABELSON (S.B. #243691) (habelson@omm.com)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Non-Party OrthoClear, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>Plaintiff,<br>Counterclaim Defendant, and Counterclaimant,<br><br>v.<br><br>ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation,<br><br>Defendants, Counterclaimants, and Counterclaim Defendants. | Case No. C 05-3418 MMC (JL)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ALIGN TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>Hearing Date: October 25, 2006<br>Time: 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Hon. James Larson |

Pursuant to Civil Local Rule 79-5 and the Stipulated Protective Order previously entered in this action, it is HEREBY ORDERED that Plaintiff Align Technology Inc.'s ("Align") Administrative Motion for Leave to File Confidential Documents Under Seal Pursuant to Civil Local Rule 79-5 is GRANTED.

As specified in Align's motion, the following documents are to be SEALED because they contain confidential business information concerning OrthoClear, Inc.:

1. E-mail bates stamped RJM 00854-855, contained in Exhibit 5 to the Declaration of Ilse C. Scott in Support of Plaintiff Align Technology, Inc.'s Motion To Enforce August 28, 2006 Subpoena Served on OrthoClear, Inc., dated September 19, 2006 (the "Scott Decl.");

2. E-mail bates stamped RJM 00727, contained in Exhibit 6 to the Scott Decl.

**IT IS SO ORDERED.**

DATED: __9/28__, 2006

By: _____
James *[signature: James Larson]*
United Judge James Larson

SF1:634292.1

- 2 -