| | |
|---|---|
| 1 | MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com |
| 2 | THOMAS A. COUNTS (SB# 233434) thomascounts@paulhastings.com |
|   | PETER C. MEIER (SB# 179019) petermeier@paulhastings.com |
| 3 | ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 5 | San Francisco, CA  94105-3441 |
|   | Telephone:  (415) 856-7000 |
| 6 | Facsimile:  (415) 856-7100 |

Attorneys for Plaintiff, Counterclaim Defendant and Counterclaimant
ALIGN TECHNOLOGY, INC.

GEORGE A. RILEY (SB# 118304) griley@omm.com
DARIN W. SNYDER (SB# 136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (SB# 218559) mdavidson@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants and Counterclaimants
ROSS J. MILLER, an individual, and ROSS J. MILLER DDS,
A Professional Dental Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | CASE NO. C 05-3418 MMC (JL) |
| Plaintiff, Counterclaim Defendant and Counterclaimant, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | Judge:          Hon. Maxine M. Chesney |
| ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation, | |
| Defendants, Counterclaimants and Counterclaim Defendants. | |

CASE NO. C05-3418 MMC                                STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1  WHEREAS, the parties have resolved any and all claims for relief stated in this
2  action;
3  IT IS HEREBY STIPULATED by the parties and ORDERED by the Court that
4  1. This action is hereby dismissed with prejudice.
5  2. Each of the parties shall bear its own costs, expenses and attorney fees.
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   October 13, 2006                PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  _____/s/_____
         THOMAS A. COUNTS

Attorneys for Plaintiff, Counterclaim Defendant
and Counterclaimant Align Technology, Inc.

Dated:   October 13, 2006                O'MELVENY & MYERS LLP

By:  _____/s/_____
         DARIN W. SNYDER

Attorneys for Defendants and Counterclaimants Ross
J. Miller, an individual, and Ross J. Miller DDS, A
Professional Dental Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:  October 20, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

LEGAL_US_W # 54570379.1

CASE NO. C05-3418 MMC           -1-           STIPULATION AND [PROPOSED] ORDER
                                                                    OF DISMISSAL