MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
THOMAS A. COUNTS (SB# 233434) thomascounts@paulhastings.com
PETER C. MEIER (SB# 179019) petermeier@paulhastings.com
ILSE C. SCOTT (SB# 233433) ilsescott@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Plaintiff, Counterclaim Defendant
and Counterclaimant
ALIGN TECHNOLOGY, INC.

GEORGE A. RILEY (SB# 118304) griley@omm.com
DARIN W. SNYDER (SB# 136003) dsnyder@omm.com
MICHELLE L. DAVIDSON (SB# 218559) mdavidson@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants and Counterclaimants
ROSS J. MILLER, an individual, and ROSS J. MILLER DDS,
A Professional Dental Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | CASE NO. C 05-3418 MMC (JL) |
| Plaintiff, Counterclaim Defendant and Counterclaimant, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | Judge:      Hon. Maxine M. Chesney |
| ROSS J. MILLER, an individual, and ROSS J. MILLER DDS, A PROFESSIONAL DENTAL CORPORATION, a corporation, | |
| Defendants, Counterclaimants and Counterclaim Defendants. | |

CASE NO. C05-3418 MMC                                          STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1     WHEREAS, the parties have resolved any and all claims for relief stated in this action;

2     IT IS HEREBY STIPULATED by the parties and ORDERED by the Court that

    1. This action is hereby dismissed with prejudice.

    2. Each of the parties shall bear its own costs, expenses and attorney fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 13, 2006    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    /s/
    THOMAS A. COUNTS

Attorneys for Plaintiff, Counterclaim Defendant and Counterclaimant Align Technology, Inc.

Dated: October 13, 2006    O'MELVENY & MYERS LLP

By:    /s/
    DARIN W. SNYDER

Attorneys for Defendants and Counterclaimants Ross J. Miller, an individual, and Ross J. Miller DDS, A Professional Dental Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 20, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

LEGAL_US_W # 54570379.1

CASE NO. C05-3418 MMC      -1-      STIPULATION AND [PROPOSED] ORDER OF DISMISSAL